RECEIVED IN ALEXANDRIA, LA.
SEP 0 8 2009
TONY R. MOORE, CLERK
BY ___ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

DONNA WRIGHT, et al.  CIVIL ACTION NO. 1:09-cv-00568

-vs-  JUDGE DRELL

TRAVELERS PROPERTY CASUALTY  MAGISTRATE JUDGE KIRK
COMPANY OF AMERICA, et al.

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent (de novo) review of the record including the objections filed by the parties, and having determined that the findings and recommendation are correct under the applicable law, we agree with the well-reasoned opinion of the Eastern District in Gonzalez v. G.E.I.C.O., 2000 WL 235236 (E.D. La. 2000) and reject the opinion in Rayburn v. Colonial Penn Franklin Ins. Co., 1998 WL 883321 (E.D. La. 1998) regarding suits filed against U.M. carriers not the plaintiff's own. Accordingly,

IT IS ORDERED that the motion to remand (Doc. #15) is DENIED.

SIGNED on this 8th day of September, 2009, at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE